1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTHUR PARNELL, III,

11           Plaintiff,                    No. CIV S-05-0327 MCE GGH P

12        vs.

13   A. TUCKER, Associate Warden,

14           Defendant.              FINDINGS AND RECOMMENDATIONS

15   _____/

16           By an order filed March 29, 2005, plaintiff was ordered to file a complaint that

17   complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure and

18   the Local Rules of Practice within thirty days and was cautioned that failure to do so would result

19   in a recommendation that this action be dismissed.  The thirty day period has now expired, and

20   plaintiff has not responded to the court's order and has not filed a complaint.  Accordingly, IT IS

21   HEREBY RECOMMENDED that this action be dismissed without prejudice.

22           These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

1  shall be served and filed within ten days after service of the objections.  The parties are advised

2  that failure to file objections within the specified time may waive the right to appeal the District

3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4  DATED: 6/9/05

5

6                                                        /s/ Gregory G. Hollows

7  GGH:035                     UNITED STATES MAGISTRATE JUDGE
   parn0327.ff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26